

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

Thomas Farley, MD, MPH
*Commissioner*

July 9, 2013

Jane R Zucker, MD, MSc
Assistant Commissioner
Bureau of Immunization

42-09 28th Street, 5th Floor
Long Island City, NY 11101

Dear Principal:

New York City public schools have once again exceeded our goal; 99.06% of all students were in compliance with all required vaccinations as of July 1, 2013. The ability to maintain this high level of compliance is a reflection of your commitment to your students and dedication to enforcing school immunization requirements.

With the end of the school year, I want to remind you that all new and returning students to NYC schools must provide proof of immunization upon enrollment. The 2013-2014 immunization requirements are available through the following link: http://schools.nyc.gov/medreq.

The changes for the 2013-2014 school year are as follows:

- The vaccine against tetanus, diphtheria and pertussis (Tdap) will now be required for students entering 6th, 7th, 8th, 9th, 10th, 11th and 12th grade if they are at least 11 years old. The 12th grade requirement is new this year.

- Students entering pre-kindergarten are now required to have at least one dose of pneumococcal conjugate vaccine (PCV13).

Please ensure that any new staff you have who will be working on immunization compliance have received training in the Automate the Schools (ATS) immunization modules and reports. Please reach out to your Children First Network (CFN) team health liaison for support with this work.

As a reminder, data from the Citywide Immunization Registry (CIR) will automatically fill student ATS records for new entrants, as was done last year. This should eliminate the need for your staff to re-enter immunization records that already exist in the CIR.

If you have any questions with school immunization requirements, please contact the Bureau of Immunization's Program Support Unit at 347-396-2433 or via email at School_Immunizations@health.nyc.gov.

Sincerely,

Jane R. Zucker, MD, MSc

cc: Dr. Roger Platt, Assistant Commissioner – Bureau of School Health
    Dr. Cheryl Lawrence, Medical Director – Bureau of School Health
    Kevin Moran, Executive Director, Office of School Support
    Julia Sykes, Health Service Coordinator, Department of Education
    CFN Health Liaisons

**NYC020**



**NEW YORK CITY DEPARTMENT OF**
**HEALTH AND MENTAL HYGIENE**
Thomas Farley, M.D., M.P.H.
Commissioner

Jane R. Zucker, MD, MSc
Assistant Commissioner
jzucker@health.nyc.gov

Bureau of Immunization
42-09 28th Street, CN21
Queens, NY 11101

# First Warning Letter

November 8, 2012

Dear Principal:

As the 2012-2013 school year resumes, I wanted to provide you with an update on our progress towards achieving this year's goal of assuring that at least 98.8% of New York City's school children are appropriately immunized. New York State Public Health Law (PHL) §2164 mandates that all children, with the exception of those with a valid medical or religious exemption, meet the immunization requirements in order to attend school. As of November 8, 2012, 94.96% of New York City public school children are completely immunized based on the current requirements. This is the highest compliance level we have ever reached this early in the school year.

We recognize that Hurricane Sandy has caused significant disruption for some schools and this may affect your compliance activities. Further, the hurricane has also affected your students, their families, as well as their medical providers posing further challenges. If you need additional time or help to bring your students into compliance, please let us know. However, we want to remind you that principals need to continue to be proactive in monitoring and enforcing their school immunization requirements.

For schools that have not yet come into compliance with PHL §2164, this letter will serve as a "First Warning Letter". Please use receipt of this letter as an opportunity to review your school's progress in achieving 98.8% compliance. You can review your school's status via the Automate the Schools (ATS) data system. If you or your staff is having difficulty obtaining students immunization records, you should make use of the Citywide Immunization Registry (CIR). The CIR is a useful tool that can assist you in quickly determining a student's immunization status. Questions on using the CIR can be direct to (347) 396-2400.

School immunization data will be reviewed again on December 10, 2012. At that time principals of those schools failing to demonstrate significant progress toward the 98.8% goal will receive a "Second Warning Letter", an indication that they are in violation of New York State Law.

As a reminder, school principals are accountable for their school's compliance with PHL §2164, including excluding students who are not in compliance and informing the parents/guardians of these children that they cannot return to school unless vaccinated; a template exclusion letter is available at http://schools.nyc.gov/NR/rdonlyres/0A086856-866D-42AB-9437-88B3F8DB2719/0/SH_89_Warning_Exclusion_Rev0912.pdf. Parents of students who are without a medical provider can call 311 for a referral to a clinic that provides immunization. Parents can also call 311 to obtain a copy of their child's immunization record.

Our office is ready to provide you with technical support and advice to help you come into compliance. If you have any questions, please call our Program Support Unit at (347) 396-2433. Thank you for your cooperation.

Sincerely,

Jane R. Zucker

Jane R. Zucker, MD, MSc
Assistant Commissioner

cc: Roger Platt, MD, Assistant Commissioner, School Health, NYCDOHMH
 Kevin Moran, Executive Director, Office of School Support, DOE
 Julia Sykes, Health Service Coordinator, DOE

NYC021



**NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE**

Thomas Farley, MD, MPH
Commissioner

Jane R. Zucker, MD, MSc
*Assistant Commissioner*
jzucker@health.nyc.gov

Bureau of Immunization
42-09 28th Street
Queens, NY 11101

## Second Warning Letter

December 4, 2012

Dear Principal:

You are receiving a *Second Warning Letter* because your school has not made significant progress toward achieving compliance with New York State Public Health Law (PHL) §2164 mandated student vaccination requirements. In a letter dated November 8, 2012, all schools were advised that they would receive a *Second Warning Letter* if they failed to make significant progress toward this year's immunization compliance goal of at least 98.8% compliance. Schools not making progress include those with less than 95% of students fully vaccinated and/or more than 30 students in excludable status. A review of your students' immunization data in the Department of Education's Automate the Schools (ATS) database on December 4, 2012 shows your school's compliance is less than 95% or you have more than 30 students in excludable status.

We urge you to take immediate action to bring your school into compliance. It is the principal's responsibility to exclude those students lacking documentation of the required vaccinations. Please note that this office will review the ATS report again on December 17, 2012. If your school does not making satisfactory progress towards the 98.8% compliance goal, it will constitute a violation of the New York PHL §2164 and you risk receiving Commissioner's Orders. Principals who fail to obey this order risk a civil penalty of up to $2,000 per violation.

If you are having difficulty obtaining a child's immunization record we recommend you make use of the Citywide Immunization Registry (CIR) as a source of information. Parents of students who are without a medical provider (or medical home) can call 311 for a referral to a Department of Health and Mental Hygiene immunization clinic or other clinic nearest them, where their children can be vaccinated at low or no cost.

Please reach out to your Children First Network (CFN) team health liaison for support with this work. If you have any questions regarding this notice, please call our Program Support Unit at 347-396-2433 or via email at School_Immunizations@health.nyc.gov. Thank you in advance for your cooperation.

Sincerely,

Jane R. Zucker, MD, MSc
Assistant Commissioner
Bureau of Immunization

cc: Roger Platt, MD, Assistant Commissioner, School Health, NYCDOHMH
    Kevin Moran, Executive Director, Office of School Support, DOE
    Julia Sykes, Health Service Coordinator, DOE
    CFN Health Liaisons