# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand and fourteen.

Before:    Christopher F. Droney,
              *Circuit Judge*.

_____

| | |
|---|---|
| Nicole Phillips, individually and on behalf of B.P. and S.P., minors, Dina Check, on behalf of minor MC, Fabian Mendoza-Vaca, individually and on behalf of MM and VM, minors,<br>   Plaintiffs-Appellants,<br><br>v.<br><br>City of New York, Eric T. Schneiderman, in his official capacity as Attorney General, State of New York, Dr. Nirav R. Shah, in his official capacity as Commissioner, New York State Department of Health, New York City Department of Education,<br>   Defendants-Appellees. | **ORDER**<br>Docket No. 14-2156 |

_____

    Appellants request that oral argument in this appeal occur on the same date as oral argument on their motion for an emergency injunction, and that oral argument occur before October 15, 2014.

    IT IS HEREBY ORDERED that, to the extent that the request seeks to expedite the calendaring and argument of this appeal, the request is DENIED. The appeal will be heard in the ordinary course.

                                                        For the Court:
                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

