E.D.N.Y.–Bklyn
12-cv-98
Kuntz, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of October, two thousand fourteen.

Present:
> Dennis Jacobs,
> Robert D. Sack,
> Christopher F. Droney,
> > *Circuit Judges.*

Nicole Phillips, individually and on behalf of B.P. and S.P., minors, *et al.*,

> *Plaintiffs-Appellants*,

v.  14-2156

City of New York, *et al.*,

> *Defendants-Appellees*.

Appellants move for an injunction, pending appeal, barring Appellees from enforcing the newest additions to the New York City school vaccination schedule. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellants lack standing to challenge the newest regulations. *Alliance for Open Society Int'l, Inc. v. United States Agency for Int'l Dev.*, 651 F.3d 218, 228 (2d Cir. 2011).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



SAO-MJM